UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CREATIVE PROPERTY DEVELOPMENT INC.,

        Plaintiff,

v.                                              Case No. 07-C-155

TELKITE ENTERPRISES LLC,

        Defendant.

**ORDER**

Defendant Telkite Enterprises, LLC, filed a Notice and Petition for Removal of the above action claiming federal jurisdiction based upon the diverse citizenship of the parties. 28 U.S.C. § 1332. The allegations in the petition, however, are insufficient to show federal jurisdiction. Telkite is a limited liability company which means that it derives its citizenship from its owners or subscribers. *See Hicklin Engineering, L.C. v. Bartell*, 439 F.3d 346 (7th Cir. 2006). Telkite alleges in its petition that it is a limited liability company which has its principal place of business in Gwynn, Michigan. Obviously, under *Hicklin*, this is insufficient.

Based upon the foregoing, Telkite is ordered to file an Amended Notice of Removal on or before March 2, 2007, setting forth with specificity the facts sufficient to show federal jurisdiction.

**SO ORDERED** this   21st   day of February, 2007.

                                                          s/ William C. Griesbach
                                                          William C. Griesbach
                                                          United States District Judge